In the Matter of the Claim of OTTO NEUMAN, Respondent, against NORTH RIVER GARNET COMPANY.

STATE INSURANCE FUND, Appellant.

Submitted November 22, 1938; decided December 6, 1938.

*George J. Hayes* and *Patrick S. Mason* for appellant.

*John J. Bennett, Jr.*, *Attorney-General* (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.